UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMICKA GRAHAM,

    Plaintiff,

v.                         Case No.: 8:11-cv-2414-T-MSS-TBM

PROFESSIONAL ADJUSTMENT
CORPORATION,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Report and Recommendation issued by United States Magistrate Judge Thomas B. McCoun. (Dkt. 7) After considering Plaintiff's failure to comply with either of the Court's prior Orders, Judge McCoun found that,

> Plaintiff has evidenced a complete lack of interest in participating in the prosecution of her claim. She has ignored two orders of this court directing her to submit the appropriate forms in order for the United States Marshal or a duly appointed Deputy Marshal to effect service on the Defendant. From all that appears, Plaintiff has made no effort to otherwise effect service on the Defendant or move her case forward. Plaintiff has failed to make any showing of good cause to justify her failure to prosecute her claim. Further, the court can have no confidence that another order of the court directing the Plaintiff's participation will necessarily result in the advancement of this cause.

(Id. at 2) Judge McCoun recommended that the case be dismissed for Plaintiff's failure to prosecute. (Id. at 3) No objection was filed to the Report and Recommendation, and the deadline to do so has passed.

In the Eleventh Circuit, a district judge may accept, reject or modify the

1

magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); see Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo* and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C); see Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, and in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 7) is **CONFIRMED** and **ADOPTED** as part of this Order.
2. This action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute.
3. The **CLERK** is directed to **TERMINATE** any pending motions and

**CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida, this 25th day of January 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party